[No. 38772-7-II.   Division Two.   June 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE SANDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01207-9, Thomas P. Larkin, J., entered January 14, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38827-8-II.   Division Two.   June 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR OROZCO-SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01989-6, Roger A. Bennett, J., entered January 27, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 39037-0-II.   Division Two.   June 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE FORREST PATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04854-5, Frederick W. Fleming, J., entered March 20, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 39533-9-II.   Division Two.   June 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. W.B., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-8-00762-1, Kathryn J. Nelson, J., entered July 9, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.